# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **WALTER RULL II,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **C.A. NO. B-04-086** |
| | § | |
| **INDEPENDENT FISH CO., INC. and** | § | Pursuant to Rule 9(h) of |
| **JACK G. CARINHAS, JR.** | § | the Federal Rules of Civil |
| | § | Procedure – ADMIRALTY |
| **Defendant** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE SAMUEL B. KENT:

Plaintiff files this, his CERTIFICATE OF INTERESTED PARTIES pursuant to the Court's Order for Conference and Disclosure of Interested Parties, as follows:

1.     Plaintiff:     WALTER RULL, II

Plaintiff has a monetary interest in this litigation due to the injuries WALTER RULL, II sustained on October 30, 2001, while in the course and scope of his employment.

2.     Attorneys for Plaintiff:

MANUEL GONZALES
OGLETREE LAW FIRM, L.L.P.
12600 Featherwood, Suite 200
Houston, Texas 77034
713-910-1234 – Phone
281-922-72278 - Fax

Mr. Gonzales has been retained by Plaintiff to represent him in this litigation. He has an interest for attorney's fees and litigation expenses.

3.     Defendant:     INDEPENDENT FISH CO., INC.

This Defendant is a potentially-interested party in this case.

4.     Defendant:     JACK G. CARINHAS, JR.

This Defendant is a potentially-interested party in this case.

We are unaware at this time of any other parties with financial interest in this litigation. However, if information becomes available that other entities have a financial interest in this litigation, we will supplement this Certificate.

Respectfully submitted,

**OGLETREE ABBOTT LAW FIRM, L.L.P.**

By:

**MANUEL GONZALES**
TBA No. 24032238
Federal Admission No. 31634
12600 Featherwood, Suite 200
Houston, TX 77034
(713) 910-1234- telephone
(281) 922-7228- facsimile
ATTORNEY FOR PLAINTIFF