AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06/28/04 | JUN 2 8 2004 Michael N. Milby Clerk of Court |
| NAME OF SERVER (PRINT) CONRAD GERUSA JR. | TITLE PROCESS SERVER - PRIVATE INVESTIGATOR | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 11:55 AM at 702 King Highway BROWNSVILLE, TX 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | $55⁰⁰ | $55⁰⁰ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/28/04
Date

Signature of Server

2390 Central Blvd, Suite B
Brownsville, TX 78520
Address of Server

U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
RECEIVED
2004 JUN 28 PM 12:08
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.