AO 440 (Rev. 10/93) Summons in a Civil Action

B-04-86

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06/28/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| EDWARD GERUST JR. | PROCESS SERVER - PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 305 Kings Highway, Brownsville, TX 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/28/04

_Signature of Server_

2390 Central Blvd Suite B
Brownsville, TX 78520
_Address of Server_

U.S. DISTRICT COURT
COURT RECEIVED
2004 JUN 28 PM 12:08
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.