UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WALTER RULL II | § | C.A. NO. B-04-086 |
| | § | |
| V. | § | |
| | § | Pursuant to Rule 9(h) of |
| INDEPENDENT FISH CO., INC. and | § | of the Federal Rules of Civil |
| JACK G. CARINHAS, JR. | § | Procedure - ADMIRALTY |

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

DEFENDANTS, INDEPENDENT FISH CO., INC. and JACK G. CARINHAS, JR.,

(hereinafter collectively referred to as "Defendants") file this Disclosure of Interested Parties and

notify the Court that, to the best of Defendants' knowledge at this time, the following are the only

parties, attorneys or other persons and/or entities with any interest in the outcome of this litigation:

1.    Walter Rull II, Plaintiff

2.    Mr. Manuel Gonzales, Plaintiff's Counsel
      Ogletree Abbott Law Firm
      12600 N. Featherwood, Suite 200
      Houston, Texas 77034
      Telephone:  713/910-1234
      Facsimile:  281/922-7228

3.    Independent Fish Co., Inc., Defendant

4.    Jack C. Carinhas, Jr., Defendant

5.    Mr. Timothy W. Strickland, Defendants' Counsel
      4 Houston Center
      1331 Lamar Street, Suite 1560
      Houston, Texas 77010
      Telephone: 713/654-1560
      Facsimile: 713/654-7930

6.    F/V MISSION LADY

7.      Cyngus Insurance Company

                                        Respectfully submitted:

                    By:     _____
                                        Timothy W. Strickland
                                        Attorney-in-Charge
                                        State Bar No. 19396298
                                        Fed. I.D. No. 1380
                                        4 Houston Center
                                        1331 Lamar Street, Suite 1560
                                        Houston, Texas 77010
                                        Telephone: (713) 654-1560
                                        Facsimile: (713) 654-7930

**OF COUNSEL**:

**FOWLER, RODRIGUEZ & CHALOS**
Stacey T. Norstrud
State Bar No.  24025363
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010
Telephone: (713) 654-1560
Facsimile: (713) 654-7930

***Attorneys for Defendants,***
***INDEPENDENT FISH CO., INC. and***
***JACK G. CARINHAS, JR.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Disclosure of Interested Parties has been forwarded to all known counsel of record as indicated below, in accordance with the Federal Rules of Civil Procedure on this __12__ day of July 2004.

***Via Certified Mail/RRR and/or***
***Facsimile Transmission to:***

Mr. Manuel Gonzales
Ogletree Abbott Law Firm
12600 N. Featherwood, Suite 200
Houston, Texas 77034

***Attorneys for Plaintiff,***
***WALTER RULL II***

_____
Timothy W. Strickland