United States District Court
Southern District of Texas
FILED

B-04-CV-86

JUL 15 2004

Michael N. Milby
Clerk of Court

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06/28/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Conrad Gerusa Jr. | Process Server - Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 11:55 AM at 302 King Highway, Brownsville, TX 78521

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | $55.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/28/04
             Date

Signature of Server

2390 Central Blvd, Suite B
Brownsville, TX 78520
Address of Server

2004 JUN 28 PM 12:08
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.