United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

JUL 15 2004

INITIAL PRETRIAL CONFERENCE

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-04-086 | DATE & TIME: 07-15-04 AT 1:30 P.M. |
| WALTER RULL, II | PLAINTIFF(S) COUNSEL: MANUEL GONZALES |
| VS. | |
| INDEPENDENT FISH CO., INC. AND JACK G. CARINHAS, JR. | DEFENDANT(S) COUNSEL: TIMOTHY STRICKLAND STACEY NORSTRUD |

---

ERO: Rosy D'Venturi
CSO: Richard Haralson

Attorneys Manuel Gonzales and Timothy Strickland appeared.

Joint discover/case management plan was presented in Court.