UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALTER RULL II, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | C.A. NO. B-04-086 |
| | § | |
| INDEPENDENT FISH CO., INC. and | § | Pursuant to Rule 9(h) of |
| JACK G. CARINHAS, JR. | § | the Federal Rules of Civil |
| | § | Procedure – ADMIRALTY |
| Defendant | § | |

United States District Court
Southern District of Texas
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

## JOINT SUBMISSION OF AGREED MEDIATOR

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW all parties, by and through their attorneys of record, and pursuant to the Court's Docket Control Order advise the Court that the parties have agreed on Louis Selig, Selig Mediation, of 1302 Marshall St., Houston, Texas 77006, 713-807-1707, as the mediator in this matter.

Respectfully submitted,

By: _____
MANUEL GONZALES
Attorney-in-Charge
TBA No. 24032238
Federal Admission No. 31634

OF COUNSEL:

**OGLETREE ABBOTT LAW FIRM, L.L.P.**
BILL OGLETREE
TBA No. 15234200
Federal Admission No. 11825
12600 Featherwood, Suite 200
Houston, TX 77034
Telephone: (713) 910-1234
Facsimile: (713) 910-9010
**ATTORNEYS FOR PLAINTIFF
WALTER RULL II**

*/s/ Tim Strickland/*
**TIMOTHY W. STRICKLAND***
**FOWLER, RODRIGUEZ & CHALOS**
State Bar No. 19396298
Federal Admissions No. 1380
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas  77010
Telephone:  (713) 654-1560
Facsimile:  (713) 654-7930
**ATTORNEYS FOR DEFENDANTS**
**INDEPENDENT FISH CO., INC. and**
**JACK G. CARINHAS, JR.**
* Signed with permission

## CERTIFICATE OF CONFERENCE

I certify that on August 27, 2004, I conferred with Timothy W. Strickland, counsel for Defendants, and he does not oppose this Joint Submission of Agreed Mediator.

_____
MANUEL GONZALES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record pursuant to the Federal Rules of Civil Procedure, on August 27, 2004.

| | |
|---|---|
| TIMOTHY W. STRICKLAND<br>FOWLER, RODRIGUEZ & CHALOS<br>4 Houston Center<br>1331 Lamar Street, Suite 1560<br>Houston, Texas  77010<br><br>ATTORNEYS FOR DEFENDANTS<br>INDEPENDENT FISH CO., INC. and<br>JACK G. CARINHAS, JR. | **Certified Mail/RRR 7003 2260 0003 9365 7690** |

_____
MANUEL GONZALES