UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WALTER RULL II, § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | C.A. NO. B-04-086 |
| § | |
| INDEPENDENT FISH CO., INC. and § | Pursuant to Rule 9(h) of |
| JACK G. CARINHAS, JR. § | the Federal Rules of Civil |
| § | Procedure – ADMIRALTY |
| Defendant § | |

**PLAINTIFF'S NOTICE OF FILING INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Walter Rull II, by and through his attorney of record, and conforms that he has served his Initial Disclosure upon Defendant's counsel.

Respectfully submitted,

By: _____
MANUEL GONZALES
Attorney-in-Charge
TBA No. 24032238
Federal Admission No. 31634

OF COUNSEL:

**OGLETREE ABBOTT LAW FIRM, L.L.P.**
BILL OGLETREE
TBA No. 15234200
Federal Admission No. 11825
12600 Featherwood, Suite 200
Houston, TX 77034
Telephone: (713) 910-1234
Facsimile: (713) 910-9010
**ATTORNEYS FOR PLAINTIFF
WALTER RULL II**

Notice of Filing Initial Disclosures – Page 1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record pursuant to the Federal Rules of Civil Procedure, on September __2__, 2004.

**TIMOTHY W. STRICKLAND**    **Certified Mail/RRR 7003 2260 0003 9365 7706**
**FOWLER, RODRIGUEZ & CHALOS**
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010

**ATTORNEYS FOR DEFENDANTS**
**INDEPENDENT FISH CO., INC. and**
**JACK G. CARINHAS, JR.**

_____
MANUEL GONZALES

Notice of Filing Initial Disclosures – Page 2