UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 15 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| WALTER RULL II, § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | C.A. NO. B-04-086 |
| § | |
| INDEPENDENT FISH CO., INC. and § | Pursuant to Rule 9(h) of |
| JACK G. CARINHAS, JR. § | the Federal Rules of Civil |
| § | Procedure – ADMIRALTY |
| Defendant § | |

## UNOPPOSED MOTION REQUESTING
## EXTENSION OF DISCOVERY DEADLINE

Plaintiff, WALTER RULL, II, and Defendants, INDEPENDENT FISH CO. and JACK G. CARINHAS, JR., make the following request regarding the procedure for discovery.

Plaintiff and Defendants request that the Court extend the discovery deadline in this case from November 26, 2004 until December 31, 2004.

This extension is requested to further the discovery process. This extension will not delay the remaining scheduling dates set forth in the Court's order of July 15, 2004.

Respectfully submitted,

By: _____
MANUEL GONZALES
Attorney-in-Charge
TBA No. 24032238
Federal Admission No. 31634

OF COUNSEL:

**OGLETREE ABBOTT LAW FIRM, L.L.P.**
BILL OGLETREE
TBA No. 15234200
Federal Admission No. 11825
12600 Featherwood, Suite 200
Houston, TX 77034
Telephone: (713) 910-1234
Facsimile: (713) 910-9010
**ATTORNEYS FOR PLAINTIFF
WALTER RULL II**


*/s/ Timothy W. Strickland*
TIMOTHY W. STRICKLAND*
**FOWLER, RODRIGUEZ & CHALOS**
State Bar No. 19396298
Federal Admissions No. 1380
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010
Telephone: (713) 654-1560
Facsimile: (713) 654-7930
**ATTORNEYS FOR DEFENDANTS
INDEPENDENT FISH CO., INC. and
JACK G. CARINHAS, JR.**
* Signed with permission


### CERTIFICATE OF CONFERENCE

I certify that on November 12, 2004, I conferred with Timothy W. Strickland, counsel for Defendants, and he joins in the Unopposed Motion.

_____
MANUEL GONZALES

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record pursuant to the Federal Rules of Civil Procedure, on November _18_, 2004.

TIMOTHY W. STRICKLAND            **Certified Mail/RRR**
FOWLER, RODRIGUEZ & CHALOS
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010

ATTORNEYS FOR DEFENDANTS
INDEPENDENT FISH CO., INC. and
JACK G. CARINHAS, JR.

                                                       MANUEL GONZALES