UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WALTER RULL II, | § § | |
| Plaintiff | § § | |
| vs. | § § | C.A. NO. B-04-086 |
| INDEPENDENT FISH CO., INC. and JACK G. CARINHAS, JR. | § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure – ADMIRALTY |
| Defendant | § | |

### ORDER GRANTING UNOPPOSED MOTION REQUESTING EXTENSION OF DISCOVERY DEADLINE

After considering this unopposed motion requesting extension of discovery deadline, it is hereby

ORDERED that extend the discovery deadline in this case is extended from November 26, 2004 until December 31, 2004.

Signed on *16 NOVEMBER* 2004.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

APPROVED & ENTRY REQUESTED:

*[signature]*

Bill Ogletree
TBA No. 15234200
**MANUEL GONZALES**
**OGLETREE ABBOTT LAW FIRM, L.L.P.**
TBA No. 24032238
Federal Admission No. 31634
12600 Featherwood, Suite 200
Houston, TX 77034
Telephone: (713) 910-1234
Facsimile: (713) 910-9010
**ATTORNEYS FOR PLAINTIFF**


*[signature] /ss*

**TIMOTHY W. STRICKLAND***
**FOWLER, RODRIGUEZ & CHALOS**
State Bar No. 19396298
Federal Admissions No. 1380
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010
Telephone: (713) 654-1560
Facsimile: (713) 654-7930
**ATTORNEYS FOR DEFENDANTS**
**INDEPENDENT FISH CO., INC. and**
**JACK G. CARINHAS, JR.**
* Signed with permission