UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WALTER RULL II | § | |
| | § | C.A. NO. B-04-086 |
| V. | § | |
| | § | Pursuant to Rule 9(h) of |
| INDEPENDENT FISH CO., INC. and | § | of the Federal Rules of Civil |
| JACK G. CARINHAS, JR. | § | Procedure - ADMIRALTY |

### DEFENDANTS' DESIGNATION OF EXPERTS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW INDEPENDENT FISH CO., INC. and JACK G. CARINHAS, JR., (hereinafter collectively referred to as "Defendants"), Defendants herein, and file its Designation of Experts in accordance with the Court's Docket Control Order and the Federal Rules of Civil Procedure. **Defendants' Designation of Experts is filed subject to the Plaintiff's failure to designate experts in accordance with the Federal Rules of Civil Procedure and Defendants object to any late designation of experts by Plaintiff.** Accordingly, out of prudence and in compliance with the Federal and Local Rules, Defendants designate expert witnesses as follows:

I.

Defendants designate the following individuals as experts who may testify at trial:

(1) Donald J. Green
8876 Gulf Freeway, Suite 120
Houston, Texas 77017

Mr. Green is Defendants' liability expert who may testify as to the structure and design of the vessel at issue, causation, safety practices, negligence, proximate cause and other aspects of liability. Mr. Green's C.V. is being provided herein.

(2) Michael Lewitton, MD
Urology Clinic of Houston
6500 Fannin, Suite 1440
Houston, Texas 77030

Dr. Lewitton is not specifically retained as a testifying expert, but is a urologist who Defendants designate as a consulting expert.

(3) Erin K. McCormick, MD PA
Urology
2121 Pease Street
Harlingen, Texas 78550

(4) Cecil Moses
Zimco Marine, Inc.
400 Washington Street
Port Isabel, Texas 78578

(5) Carlton Reyes
Marine Surveyor
Reyes Marine Industries, Inc.
104 Hulsache Street
Los Fresnos, Texas 78566

Mr. Reyes conducted a survey of the vessel, M/V MISSION LADY, and may provide testimony regarding same.

II.

Defendants hereby designate and reserve the right to cross-designate any expert(s) designated by any other party in this lawsuit. However, as previously stated herein, Plaintiff has failed to designate experts and Defendants object to any experts Plaintiff seeks to untimely designate.

III.

Defendants reserve the right to elicit, by cross-examination or otherwise, the opinion testimony of experts designated and/or called by other parties to this lawsuit. However, as previously stated herein, Plaintiff has failed to designate experts and Defendants object to any experts Plaintiff seeks to untimely designate.

IV.

Defendants reserve the right to supplement this designation, as necessary, within the time

limitations imposed by the Court and/or by alteration of same by subsequent court order and/or by agreement of the parties pursuant to the Federal Rules of Civil Procedure. Further, while Defendants object to any late designation of experts by Plaintiff, should Plaintiff be permitted to designate experts, Defendants reserve the right to amend and/or supplement this designation accordingly.

V.

Defendants reserve the right to withdraw the designation of any expert witness and to aver positively that such previously-designated expert will not be called as an expert witness at trial and to re-designate same as a consulting expert, who cannot be called to testify by opposing counsel.

VI.

Defendants reserve the right to call un-designated expert witnesses in rebuttal, whose identity and testimony cannot reasonably be foreseen until other parties have presented their evidence at trial.

VII.

Defendants reserve the right to elicit any expert testimony and/or lay opinion testimony that would assist the trier of fact in determining material issues of fact and that would not violate the Federal Rules of Civil Procedure.

VIII.

Defendants reserve any and all additional rights it may have with regard to expert witnesses and testimony under the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the case law and rulings of this Honorable Court.

Respectfully submitted:

By: *Timothy W. Strickland*
Timothy W. Strickland
Attorney-in-Charge
State Bar No. 19396298
Fed. I.D. No. 1380
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010
Telephone: (713) 654-1560
Facsimile: (713) 654-7930

**OF COUNSEL:**

**FOWLER, RODRIGUEZ & CHALOS**
Stacey T. Norstrud
State Bar No. 24025363
4 Houston Center
1331 Lamar Street, Suite 1560
Houston, Texas 77010
Telephone: (713) 654-1560
Facsimile: (713) 654-7930

*Attorneys for Defendants,*
*INDEPENDENT FISH CO., INC. and*
*JACK G. CARINHAS, JR.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Defendants' Designation of Experts has been forwarded to all known counsel of record as indicated below, in accordance with the Federal Rules of Civil Procedure on this 30th day of November 2004.

*Via Certified Mail/RRR and/or*
*Facsimile Transmission to:*

Mr. Manuel Gonzales
Ogletree Abbott Law Firm
12600 N. Featherwood, Suite 200
Houston, Texas 77034

*Attorneys for Plaintiff,*
*WALTER RULL II*

                                                  Timothy W. Strickland