**Resume of:**  Donald J. Green                            Office: (713)944-0966
8876 Gulf Freeway, Suite 120                               Fax: (713)944-2546
Houston, Texas  77017

**Experience:**  Twenty-three years Coast Guard service which includes extensive experience in marine operations, investigations and Marine Safety programs. This experience includes: Eleven years in inspection of hulls and machinery of commercial vessels during construction and repair, investigation of commercial vessel casualties and personnel complaints. Possess in-depth knowledge of commercial vessel laws and regulations. Eight years at sea experience in vessel operations. Retired with the rank of Commander. Extensive post military business experience in the maritime industry which includes: Six years as a senior corporate officer of several marine companies and twelve years as a marine consultant. Formed several successful start-up companies. Holds Master Oceans 1600 Tons and Second Mate Oceans Unlimited Coast Guard License.

**Employment Record:**

KDON Consultants
Houston, Texas

1989 to 1999  **Consultant.** KDON Consultants is a marine service firm which provides consulting and investigative services to attorneys and marine companies. Qualified as a marine expert in federal, state and county jurisdictions. Conducted numerous vessel casualty investigations such as collisions, allisions, groundings, fires, and personal injuries, to determine cause and render expert opinions. Testified in court and deposition. Ability to analyze complex marine casualties and provide expert opinion and advice. Excellent communication skills. Extensive references available upon request.

Houston Exam-Prep Training Center, Inc
Houston, Texas

1986 to 1999  **President.** The principal business of the company is to prepare individuals for Coast Guard license examinations as Merchant Marine Officers, both Deck and Engineer licenses. Teaches license candidates celestial and coastal and Inland navigation as well as other subjects necessary to successfully pass Coast Guard examinations. Certified by the Coast Guard as a Navigation, Seamanship and Radar Instructor for Coast Guard approved courses. During the past eleven years trained over 6,000 individuals in shiphandling, navigation, stability, and other marine subjects.

State Boat Corporation
Houston, Texas


1982 to 1986   **Executive Vice President**. State Boat Corporation, an international marine operator of large offshore service vessels, operated 36 vessels worldwide. As Executive Vice President was responsible for the management of three active subsidiaries including planning, financing, contract negotiations, and corporate development. Managed the construction of six vessels worth $20 million. Routinely conducted underway inspections of vessels owned and operated by the company. Responsible for vessel operations in the United States, Mexico, Egypt, Singapore, and Malaysia.


**Military Service:**

Marine Safety Division
Eighth Coast Guard District
New Orleans, Louisiana


1979 to 1982   **Offshore Operations Liaison Officer**. Rank: Commander. Conducted in-depth research of marine transportation industry problems. Liaison between Coast Guard and private industries such as supply boat companies, drilling contractors, shipyards, oil companies and supply vendors. Consulted with individual companies on effective management techniques to comply with federal regulations. Maintained expertise of industry technology and equipment. Promoted and assisted public and private marine education programs throughout the Gulf Coast area. Arranged and managed industry training for Coast Guard inspector trainees. Extensive public speaking and lecturing on Coast Guard activities to public and private groups.


1978 to 1979   **Assistant Program Manager of Merchant Vessel Inspection**. Rank: Lieutenant Commander. Developed and implemented vessel inspection policies and guidelines for six major Coast Guard field offices in the Gulf Coast area. Member of key management team responsible for formulating formal planning proposals in response to congressional mandated for inspection of Outer Continental Shelf Activities. Established and managed a four week upper level training course for offshore Marine Inspectors in drilling and petroleum production operations. Conducted planning, budgeting and management supervision of commercial vessel inspection at the district staff level; managed an annual training budget of $100,000.

3

Coast Guard Marine Safety Office
Cincinnati, Ohio

1975 to 1978   **Executive Officer**. Rank: Lieutenant Commander. Directed and supervised a staff of 13 military and civilian personnel. Managed the day to day activities of the office such as inspection and damage surveys of commercial vessels, marine casualty investigations, licensing of marine personnel, oil facility inspections and responses to pollution incidents. Awarded the Coast Guard Commendation Medal for Meritorious Achievement.

American Waterways Operators
Washington, D.C.

1974   As a Lieutenant Commander was assigned to the American Waterways Operators, a towing industry association, for industry training. Training included executive level management of marine department operations, maintenance and repair, and marine personnel. Served aboard numerous towing vessels as observer on the Ohio and Mississippi Rivers as well as the Gulf Intracoastal Waterway. Participated in all vessel operations while on assignment. Conducted in-depth study of commercial towing vessel operations.

Coast Guard Marine Inspection Office
New Orleans, Louisiana

1969 to 1974   **Marine Inspector**. Rank: Lieutenant. Resident Coast Guard inspector at various shipyards in the New Orleans area. Conducted inspections of new vessel construction, damage and repair surveys of all classes of commercial vessels. Assigned as investigator of marine casualties, water pollution, merchant marine personnel, and marine law enforcement cases. Prosecuted licensed merchant marine personnel involved in misconduct and negligence cases. Served as license examiner of all classes of deck officers seeking professional Coast Guard credentials.

Coast Guard LORAN Station
Iwo Jima, Volcano Islands

4

1968 to 1969   **Commanding Officer**. Rank: Lieutenant. Commanded isolated LORAN station critical to navigation in the Far East Pacific area. Managed technical staff in operation of transmitting activities. Responsible to the Area Commander located in Tokyo, Japan.

Various Ports on the East and Gulf Coast<br>of the U.S. and Puerto Rico

1958 to 1968   Served aboard five different Coast Guard ships in various positions from seaman to Executive Officer and temporary Commanding Officer. Extensive management and supervisory experience in all shipboard departments. Received Coast Guard Unit Commendation for Cuban Refugee Rescue Operation during 1966. Served six months as Assistant Rescue Coordinator, San Juan, Puerto Rico in 1964.

**Education:**   M.A. Human Resource Management, Pepperdine University, Los Angeles, California, April 1981.

                B.S. Business Administration, Urbana University, Urbana, Ohio 1978.

**Professional**  Coast Guard Officer Candidate School 1965
**Schools:**      Merchant Marine Safety School 1969
                Marine Environmental Protection School 1975
                Marine Investigation School 1973
                American Waterways Operators Industry Training Program

**Licenses:**   Coast Guard license as Master Oceans 1600 Tons, and Second Mate Oceans, Unlimited.