# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| WALTER RULL, III | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-086 |
| INDEPENDENT FISH CO., INC., AND JACK G. CARINHAS, JR. | § § § | |

TYPE OF CASE:            __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been set for the place, date and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

**(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **600 E. HARRISON STREET** | |
| **BROWNSVILLE, TEXAS** | DATE AND TIME: |
| | **JANUARY 11, 2005 AT 2:00 P.M.** |

_John Wm. Black_
United States Magistrate Judge

DATE: DECEMBER 9, 2004

TO:   MR. MANUEL GONZALES
      MS. STACEY NORSTRUD
      MR. TIMOTHY STRICKLAND