UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALTER RULL II | § § | C.A. NO. B-04-086 |
| V. | § § | Pursuant to Rule 9(h) of |
| INDEPENDENT FISH CO., INC. and | § | of the Federal Rules of Civil |
| JACK G. CARINHAS, JR. | § | Procedure - ADMIRALTY |

### FINAL JUDGMENT

On this day came on to be considered the above-entitled and numbered cause, and it appearing to the Court that the parties have settled all the matters in controversy and that Defendants, Independent Fish Co., Inc. and Jack G. Carinhas, Jr. are entitled to Judgment, it is accordingly

ORDERED, ADJUDGED and DECREED that Plaintiff, Walter Rull II , take nothing and that Judgment be and is hereby rendered in favor of Defendants, Independent Fish Co., Inc. and Jack G. Carinhas, Jr., and that this matter be dismissed with prejudice, with each party bearing its own costs.

It is further ORDERED, ADJUDGED and DECREED that all relief not expressly granted herein is hereby denied.

Signed this ____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

By: _____
Manuel Gonzales
State Bar No. 24032238
Bill Ogletree
State Bar No. 15234200
OGLETREE ABBOTT LAW FIRM, L.L.P.
12600 Featherwood, Suite 200
Houston, Texas 77034
Telephone: 713/910-1234
Facsimile: 713/910-9010

ATTORNEYS FOR PLAINTIFF,
WALTER RULL II


By: _____
Timothy W. Strickland
State Bar No. 19396298
Stacey T. Norstrud
State Bar No. 24025363
FOWLER RODRIGUEZ & CHALOS
4 Houston Center
1331 Lamar Street, Ste. 1560
Houston, Texas 77010
Telephone: 713/654-1560
Facsimile: 713/654-7930

ATTORNEYS FOR DEFENDANTS,
INDEPENDENT FISH CO., INC.
AND JACK G. CARINHAS, JR.